UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Judy A. Schmoll, | Civil File No. 07-4280 PAM/JSM |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Truth Hardware Corporation, | |
| Defendant. | |

---

Based on the above parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED:

That the above-captioned matter is hereby DISMISSED WITH PREJUDICE.

BY THE COURT

Dated:   October   22  , 2008.       By: s/Paul A. Magnuson
                                                                          Paul A. Magnuson
                                                                         U.S. District Court Judge